THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAIJA SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>RELIANT CAPITAL SOLUTIONS,<br><br>Defendant. | CASE NO. C26-3054-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Defendant's unopposed second motion to extend the time to file an answer (Dkt. No. 6). Finding good cause, the Rule 12(a) deadline is EXTENDED to October 15, 2026.

DATED this 1st day of October 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk